# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-VS-

ANTHONY DOCTOR,
    Defendant
_____/

Court Number: 92-72358
Honorable: Patrick J. Duggan
Claim Number: 1992A07531

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: September 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2009, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager